3

**Timothy C. Springer, Esq.** #207229
Nancy D. Klepac, Esq. #253896
LAW OFFICES OF TIMOTHY C. SPRINGER
4905 N. West, Suite 102
Fresno, CA 93705
Telephone: (559) 225-3622
Facsimile: (559) 225-3459
Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| In re: | Case No. 20-10858-B-13F |
|---|---|
| Christopher Press | DCN: TCS-1 |
| Tracey Press | CHAPTER 13 |
| Debtors. | Hearing date and Time: |
| | Date: June 10, 2020 |
| | Time: 9:30 A.M. |
| | Dept: B |
| | Ctrm: 13(5th Floor) |
| | United States Bankruptcy Court |
| | 2500 Tulare Street |
| | Fresno, California 93721-1318 |

## NOTICE OF MOTION FOR CONFIRMATION OF FIRST MODIFIED CHAPTER 13 PLAN PURSUANT TO 11 USC § 1329

**YOU ARE HEREBY NOTIFIED** that Debtors, Tracey and Christopher Press, have filed a proposed First Modified Chapter 13 Plan. Debtors will move the court to approve this modification at the above date and time, or as soon thereafter as the matter may be heard, in Department "B" of the above entitled court, located at the U.S. Courthouse, 2500 Tulare Street, Courtroom 13, 5th Floor, Fresno, California 93721.

The Motion is based upon this Notice of Hearing, the accompanying MOTION TO CONFIRM CHAPTER 13 PLAN, upon such other and further papers and evidence as the

Debtors may submit to the Court prior to and/or, as the Court may permit at the hearing of the Motion.

**YOU ARE HEREBY NOTIFIED** that pursuant to Local Rule of Bankruptcy Practice 9014(f)(1), opposition, if any, to the Court granting this Motion, shall be in writing and shall be served and filed with the Clerk by the Responding Party not less than Fourteen Calendar Days (14) preceding the date or continued date of the hearing. Opposition shall be accompanied by evidence establishing its factual allegations. Without good cause, no party shall be heard in opposition to the motion at oral argument if written opposition to the motion has not been timely filed. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the Motion without further argument, or may result in the imposition of sanctions.

**PLEASE TAKE FURTHER NOTICE** that the opposition shall so specify whether the Responding Party consents to the Court's resolution of disputed factual issues pursuant to Rule 43(e), Fed. R. Civ. P., as made applicable to these proceedings pursuant to Rule 9017, Fed. R. Bankr. P. If the Responding Party does not so consent, the opposition shall include a separate statement identifying each disputed factual issue. The separate statement shall enumerate discretely each of the disputed material factual issues and cite the particular portions of the record demonstrating that a factual issue is both material and in dispute. Failure to file a separate statement shall be construed as consent to the resolution of the motion and all disputed material factual issues pursuant to Rule 43(e), Fed. R. Civ. P.

**PLEASE TAKE FURTHER NOTICE** that parties can determine whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling, and

can view any pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov after 4:00 P.M. the day before the hearing, and that parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

Date: April 30, 2020

Law Offices of Timothy C. Springer

_____
by Nancy D. Klepac
Attorneys for Debtors

Page 3

**NOTICE OF MOTION TO CONFIRM**